UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X



AMID BOOKER
98-A-6245

BROOKLYN OFFICE

ORDER

     Petitioner,

02 CV 6456 (JG)

- against -

THOMAS RICKS, Superintendent

     Respondent,

-------------------------------------------------X

JOHN GLEESON, United States District Judge:

  The petitioner is directed to inform the court within 30 days of the date of this Order as to the status of his state court proceedings, including when it was filed, whether it has been decided and, if so, when.

  If the petitioner fails to comply with this order, the petition will be dismissed.

            So Ordered.
            s/John Gleeson
            John Gleeson, U.S.D.J.

Dated: September 9, 2005
   Brooklyn, New York