UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 1 2006 ★

BROOKLYN OFFICE

-------------------------------------------------X

AMIN BOOKER
98-A-6245

VS

ORDER
CV 02-6456     (JG)

RICKS, Supt.

-------------------------------------------------X

A hearing will be held in the captioned case on __April 21, 2006 at 9:30 am.__

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-613-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson

JOHN GLEESON, U.S.D.J.

Dated: February 16, 2006
         Brooklyn, New York