UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMIN BOOKER,

                 Petitioner,

-against-

THOMAS RICKS, Superintendent,

                 Respondent.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 6456 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 4, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       August 09, 2006

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
      Terry Vaughn
      Chief Deputy for
      Operations